*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In Re: | Chapter: 11 |
| DMD SERVICES INC. | |
| Debtor(s) | Bankruptcy No: 23–10152–mdc |

***O R D E R***

**AND NOW,** this 19th day of January 2023 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Statement of Corporate Ownership due 02/1/2023.
    Corporate Resolution due 02/1/2023.
    Atty Disclosure Statement due 02/1/2023.
    Schedule A/B due 02/1/2023.
    Schedule D due 02/1/2023.
    Schedule E/F due 02/1/2023.
    Schedule G due 02/1/2023.
    Schedule H due 02/1/2023.
    Statement of Financial Affairs due 02/1/2023.
    Statistical Summary of Certain Liabilities Form B206 due 2/1/2023.
    20 Largest Unsecured Creditors due 2/1/2023.
    List of Equity Security Holders due 2/1/2023.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

 

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court