**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: DMD Services Inc                  CHAPTER 11

<u>Debtor(s)</u>

BKY. NO. 23-10152 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Mark A. Cronin*
Mark Cronin
16 May 2023, 15:43:05, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322