**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :   Br. No. 23-10152
DMD SERVICES, INC.                      :
    Debtor.                             :   Chapter 11

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on January 22, 2023, true and correct copies of the Notice of Filing of Application for Employment of Attorney for Debtor were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 6/2/23                            /s/Timothy Zearfoss_____
                                               Timothy Zearfoss, Esquire
                                               143-145 Long Lane
                                               Upper Darby, PA 19082
                                               (610)734-7001