# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DMD Services Inc <br>      Debtor(s) <br><br> COMMUNITY LOAN SERVICING, LLC <br>      Movant <br>  vs. <br> DMD Services Inc <br>      Debtor(s) <br><br>      Trustee | CHAPTER 11 <br><br><br> NO. 23-10152 MDC <br><br><br> 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of COMMUNITY LOAN SERVICING, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on July 21, 2023, by first class mail, postage prepaid upon those listed below:

Debtor(s)
DMD Services Inc
891 Main Street
Darby, PA 19023

Attorney for Debtor(s)
Kevin P. Callahan, Robert N.C. Nix Federal Building
900 Market Street Ste. 320
Philadelphia, PA 19107Timothy Zearfoss, Esq.
143-45 Long Lane (VIA ECF)
Upper Darby, PA 19082

Trustee

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

         **/s/Mark A. Cronin**
         Mark A. Cronin, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         Phone: (215) 627-1322 Fax: (215) 627-7734
         Attorneys for Movant/Applicant

Date: July 21, 2023