**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Br. No. 23-10152
DMD SERVICES, INC. :
        Debtor. : Chapter 11

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Motion for Order for Approval of Disclosure Statement was filed July 25, 2023 by First Class, U.S. Mail and/or e-filing upon all known creditors and the US Trustee's office.

                                              /s/Timothy Zearfoss_____
                                              Timothy Zearfoss, Esquire