**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Br. No. 23-10152
DMD SERVICES, INC. :
      Debtor. : Chapter 11

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Response in Opposition was served July 29, 2023 by First Class, U.S. Mail and/or e-filing upon the US Trustee and:

    Mark A. Cronin Esq
    KML Law Group P.C.
    Ste 5000
    701 Market St.
    Phila. PA 19106

                /s/Timothy Zearfoss_____
                Timothy Zearfoss, Esquire