# Initiate Business Ch

July 31, 2023 ■ Page 1 of 4

DMD SERVICES INC
DEBTOR IN POSSESSION
CH 11 CASE #23-10152(EPA)
891 MAIN ST
DARBY PA 19023-2105

July 31, 2023 ■ Page 2 of 4

## Monthly service fee summary (continued)

Fee period 07/01/2023 - 07/31/2023

How to avoid the monthly service fee
Have any ONE of the following account require
- Average ledger balance
- Minimum daily balance

CI/CI

## Account transaction fees summary

Service charge description
Cash Deposited ($)
Transactions

July 31, 2023 ■ Page 3 of 4

NEW YORK CITY CUSTOMERS ONLY -- Pursua
(1-800-869-3557) to share your language pre

July 31, 2023 ■ Page 4 of 4

## Important Information You Should Know

- To dispute or report inaccuracies in information we
a Consumer Reporting Agency about your accounts
N.A. may furnish information about deposit accounts t
Services. You have the right to dispute the accuracy o
we have furnished to a consumer reporting agency by
Overdraft Collection and Recovery, P.O. Box 5058, Po
97208-5058. Include with the dispute the following i:
available: Full name (First, Middle, Last), Complete add
number or other information to identify the account
Last four digits of your social security number, Date of
describe the specific information that is inaccurate or
basis for the dispute along with supporting document
believe the information furnished is the result of iden
provide us with an identity theft report.

- In case of errors or questions about other transactic
electronic transfers): Promptly review your account
30 days after we made it available to you, and notify u: