*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: DMD Services Inc.
    Debtor(s)

Case No: 23−10152−mdc

Chapter: 11

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED on [46] Motion for Relief from Stay <i>re: 891 Main Street, Darby, PA, 19023 Filed by Community Loan Servicing, LLC Represented by MARK A. CRONIN (Counsel). Hearing scheduled 10/4/2023 at 11:30 AM at Courtroom #2.(telephonic hrg the number to call is 877−336−1828 access 7855846)

on: 10/4/23

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/14/23

Timothy B. McGrath
Clerk of Court

57 − 46
Form 167