*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: DMD Services Inc.
    Debtor(s)

Case No: 23–10152–mdc

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED Motion to Approve Disclosure Statement Filed by DMD Services Inc. Represented by TIMOTHY ZEARFOSS (Counsel) Hearing scheduled 10/4/2023 at 11:30 AM at Courtroom #2. (telephonic hrg the number to call is 877–336–1828 access 7855846)

on: 10/4/23

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/14/23

Timothy B. McGrath
Clerk of Court

58 – 49
Form 167