**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
|       DMD Services, Inc., | ) | Chapter 11 |
| | ) | |
|       Debtor-in-Possession. | ) | Case No. 23-10152-MDC |

**ELECTION OF SECURED CREDITOR COMMUNITY LOAN SERVICING, LLC PURSUANT TO SECTION 1111(b) OF THE BANKRUPTCY CODE**

Community Loan Servicing, LLC, a secured creditor in this case and the sole holder of the claim in Class 3 of Debtor's proposed Plan of Reorganization (Exhibit "A" of the Disclosure Statement filed, Docket # 48) and secured by real property located at 891 Main Street, Darby, PA, hereby elects application of 11 U.S.C. § 1111(b) to the claim in that class.

Respectfully submitted,

*/s/ Mark A. Cronin*
Mark A. Cronin, Esquire
Attorney I.D. No. 58240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306, Fax: 215-825-6406
mcronin@kmllawgroup.com
Attorney for Community Loan Servicing, LLC

Date: October 3, 2023