# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DMD Services Inc<br>                     Debtor | CHAPTER 11<br><br>NO. 23-10152 MDC |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin, attorney for Movant, do hereby certify that true and correct copies of the foregoing Election of Secured Creditor Community Loan Servicing, LLC pursuant to 11 U.S.C. § 1111(b) have been served on October 3, 2023, by first class mail, postage prepaid, upon the Debtor-in- Possession at the address listed below and the other parties below through the Court's ECF system:

<u>Debtor-in Possession</u>
DMD Services Inc
891 Main Street
Darby, PA 19023
Attn: Kim Graves

<u>Attorney for Debtor(s)</u>
Timothy Zearfoss, Esq.
143-45 Long Lane    (VIA ECF)
Upper Darby, PA 19082

<u>Kevin P. Callahan, Esq.</u>    (VIA ECF)
Robert N.C. Nix Federal Building
900 Market Street Ste. 320
Philaldelphia, PA 19107

<u>Office of the US Trustee</u>
833 Chestnut Street, Suite 500    (VIA ECF)
Philadelphia, PA 19107

Date: October 3, 2023

**/s/Mark A. Cronin**
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322
Fax: (215) 627-7734
Attorneys for Community Loan Servicing, LLC