# Initiate Business Checking

October 31, 2023 ■ Page 1 of 4

**WELLS FARGO**

023761 1 AV 0.498 232197

DMD SERVICES INC
DEBTOR IN POSSESSION
CH 11 CASE #23-10152(EPA)
891 MAIN ST
DARBY PA 19023-2105

## Questions?

Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Other Wells Fargo Benefits

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $6,541.48 |
| Deposits/Credits | 5,000.00 |
| Withdrawals/Debits | - 3,882.00 |
| **Ending balance on 10/31** | **$7,659.48** |

Account number: 5932771271

DMD SERVICES INC
DEBTOR IN POSSESSION
CH 11 CASE #23-10152(EPA)

Pennsylvania account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/16 | | Deposit Made In A Branch/Store | 5,000.00 | | 11,541.48 |
| 10/19 | 1013 | Check | | 3,882.00 | 7,659.48 |
| **Ending balance on 10/31** | | | | | 7,659.48 |
| **Totals** | | | **$5,000.00** | **$3,882.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1013 | 10/19 | 3,882.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2023 - 10/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $7,494.00 ✓ |
| • Minimum daily balance | $500.00 | $6,541.48 ✓ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

128328

