

# Profit and Loss Statement

Complete your Profit and Loss Statement online

**Business Name**

DMD SERVICES INC.

**Address**

891 MAIN STREET DARBY PA. 19023

**For the period**

8-1-2023

**to**

7-31-2024

**Income**

**1. Sales**

$ N/A

**2. Other Income**

$ 60,000.00 RENT + $29,211.97 PROPERTY TAX

**3. Total Income**

$ 89,211.97

**Expenses**

**4. Advertising**

N/A

$ N/A

5. Bank Charges

$ N/A

6. Depreciation

$ N/A

7. Equipment Rental

$ N/A

8. Insurance

$ N/A

9. Interest

$ N/A

10. Office Supplies

$ N/A

11. Postage & Printing

$ N/A

12. Repairs & Maintenance

$ N/A

13. Salary & Wages

$ N/A

### 14. Telephone & Internet
$ N/A

### 15. Training & Seminars
$ N/A

### 16. Utilities
$ N/A

### 17. Vehicle
$ N/A

### 18. Other Expenses:
COMMUNITY LOAN SERVICING LLC.
$ 46,584.00

### 19. Other Expenses:
U.S. TRUSTEES
$ 1,000.00

### 20. Other Expenses:
PROPERTY TAX
$ 29,211.97

### 21. Total Expenses
$ 76,795.97

### 22. Profit/ (Loss)
$ 121,416.00 Profit

$

**Prepared by:**

**Date:**

## Continue



Copyright © 2023 pdfrun.com | Crystal Lake Media. All Rights Reserved.