# Form 1120-S

**U.S. Income Tax Return for an S Corporation**

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____ , 2022, ending _____ , 20 ____

| | | |
|---|---|---|
| **A** S election effective date ████████ | **Name** KEYA GRAVES, INC. | **D** Employer identification number ████████ |
| **B** Business activity code number (see instructions) | TYPE OR PRINT — Number, street, and room or suite no. If a P.O. box, see instructions. 891 MAIN STREET | **E** Date incorporated ████████ |
| ████████ | City or town, state or province, country, and ZIP or foreign postal code DARBY PA 19023 | **F** Total assets (see instructions) $ 103,526. |
| **C** Check if Sch. M-3 attached ☐ | | |

COPY

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination
**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . 3
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a 327,749. | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 327,749. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 51,695. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 276,054. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 | 6 | 276,054. |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 127,724. |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 0. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | 11,319. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 88. |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)    See Statement | 19 | 121,588. |
| 20 | Total deductions. Add lines 7 through 19 | 20 | 260,719. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 15,335. |

### Tax and Payments

| | | |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded ► | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]    Date: 02/26/2023    Title: PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name REY JIMENEZ | Preparer's signature [signed] | Date 2-26-2023 | Check ☒ if self-employed     PTIN ████ |
| Firm's name Rey's Tax & Accounting Services | | | Firm's EIN ████ |
| Firm's address 1200 Bustleton Pike, Unit 12  Feasterville, PA 19053 | | | Phone no. 215-533-1385 |

For Paperwork Reduction Act Notice, see separate instructions.    BAA    REV 02/17/23 TTBIZ    Form **1120-S** (2022)

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the:<br>a Business activity __Retail sales / web sales__  b Product or service __SEAFOOD RESTAURANT__ | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock . . . . . . . . . _____ | | |
| | (ii) Total shares of non-restricted stock . . . . . . . . . _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year . . _____ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B — Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction . . . . $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a *Qualified Opportunity Fund*? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . $ _____ | | |

## Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 15,335. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | 325. |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends . . . 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | *Charitable contributions* | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures . . . Type: _____ | 12c | |
| | d | Other deductions (see instructions) . . . Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type: _____ | 13d | |
| | e | Other rental credits (see instructions) . . . Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

REV 02/17/23 TTBIZ

Form **1120-S** (2022)

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---:|
| **Other Information** | 17a Investment income | 17a  325. |
| | b Investment expenses | 17b |
| | c Dividend distributions paid from accumulated earnings and profits | 17c |
| | d Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | |
| **Reconciliation** | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18  15,660. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 46,246. | | 58,201. |
| 2a | Trade notes and accounts receivable | 21,620. | | 25,325. | |
| b | Less allowance for bad debts | ( ) | 21,620. | ( ) | 25,325. |
| 3 | Inventories | | 0. | | 0. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 20,000. | | 20,000. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( 0.) | 0. | ( 0.) | 0. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( 0.) | 0. | ( 0.) | 0. |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 87,866. | | 103,526. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 87,866. | | 103,526. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 87,866. | | 103,526. |

REV 02/17/23 TTBIZ

Form **1120-S** (2022)

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 15,660. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| | | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 15,660. |
| 4 | Add lines 1 through 3 | 15,660. | | | |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 98,259. | | | |
| 2 | Ordinary income from page 1, line 21 | 15,335. | | | |
| 3 | Other additions  INTEREST INCOME | 325. | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 113,919. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 113,919. | | | |

| Form **1125-A** | Cost of Goods Sold | OMB No. |
|---|---|---|
| (Rev. November 2018) <br> Department of the Treasury <br> Internal Revenue Service | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. <br> ▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

Name: KEYA GRAVES, INC.

Employer identification number:

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 0 |
| 2 | Purchases | 51,695 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 51,695 |
| 7 | Inventory at end of year | 0 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 51,695 |

9a Check all methods used for valuing closing inventory:
  (i) ☒ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ ---------------------------------------------------------------- ▶ ☐
 b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.
• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.
• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.
• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.
• Real property or personal property (tangible and intangible) acquired for resale.
• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

**For Paperwork Reduction Act Notice, see instructions.** BAA    REV 02/17/23 TTBIZ    Form **1125-A** (Rev. 11-2018)

# Schedule K-1 (Form 1120-S) 2022

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year beginning / / 2022 ending / /

**Shareholder's Share of Income, Deductions, Credits, etc.** See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part I — Information About the Corporation

A. Corporation's employer identification number

B. Corporation's name, address, city, state, and ZIP code
KEYA GRAVES, INC.
891 MAIN STREET
DARBY PA 19023

C. IRS Center where corporation filed return
Kansas City, MO 64999-0013

D. Corporation's total number of shares
Beginning of tax year . . . . . 300
End of tax year . . . . . . . 300

## Part II — Information About the Shareholder

E. Shareholder's identifying number

F. Shareholder's name, address, city, state, and ZIP code
891 MAIN STREET
DARBY PA 19023

G. Current year allocation percentage . . . 33.33333 %

H. Shareholder's number of shares
Beginning of tax year . . . . . 100
End of tax year . . . . . . . 100

I. Loans from shareholder
Beginning of tax year . . . . $
End of tax year . . . . . . $

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 5,112. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 108. |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
| | A | 108. |
| | V | *STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   REV 02/17/23 TTBIZ   Schedule K-1 (Form 1120-S) 2022
BAA

# Statement A—QBI Pass-through Entity Reporting

| Corporation's name: KEYA GRAVES, INC. | | Corporation's EIN: ███████ |
|---|---|---|
| Shareholder's name: ███████ | Shareholder's identifying no: ███████ | |

| | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) | 5,112. | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| W-2 wages | | 42,575. | | |
| UBIA of qualified property | | | | |
| Section 199A dividends | | | | |

# Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: |
|---|---|---|
| Shareholder's name: | Shareholder's identifying no: | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| W-2 wages | | | | |
| UBIA of qualified property | | | | |
| Section 199A dividends | | | | |

# Schedule K-1 (Form 1120-S) 2022

☐ Final K-1  ☐ Amended K-1    OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning  /  / 2022   ending  /  /

**Shareholder's Share of Income, Deductions, Credits, etc.**

See separate instructions.

## Part I  Information About the Corporation

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code
KEYA GRAVES, INC.
891 MAIN STREET
DARBY PA 19023

**C** IRS Center where corporation filed return
Kansas City, MO 64999-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . .  300
End of tax year . . . . . . .  300

## Part II  Information About the Shareholder

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
891 MAIN STREET
DARBY PA 19023

**G** Current year allocation percentage . . .  33.33334 %

**H** Shareholder's number of shares
Beginning of tax year . . . . .  100
End of tax year . . . . . . .  100

**I** Loans from shareholder
Beginning of tax year . . . . .  $
End of tax year . . . . . . .  $

## Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 5,111. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 109. |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
|  | A | 109. |
|  | V *STMT | |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   REV 02/17/23 TTBIZ   Schedule K-1 (Form 1120-S) 2022
BAA

# Statement A—QBI Pass-through Entity Reporting

| Corporation's name: KEYA GRAVES, INC. | | Corporation's EIN: |  |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | 1120S, Line 21<br>☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|---|
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) | 5,111. | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| W-2 wages | | 42,574. | | |
| UBIA of qualified property | | | | |
| Section 199A dividends | | | | |

# Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|---|
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) | | | |
| | Royalty income (loss) | | | |
| | Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| | Section 179 deduction | | | |
| | Other deductions | | | |
| W-2 wages | | | | |
| UBIA of qualified property | | | | |
| Section 199A dividends | | | | |

REV 02/17/23 TTBIZ

# Schedule K-1 (Form 1120-S)

Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning __/ / 2022__ ending __/ /__

## Shareholder's Share of Income, Deductions, Credits, etc.
*See separate instructions.*

☐ Final K-1 ☐ Amended K-1
OMB No. 1545-0123

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 5,112. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 108. |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
| | A | 108. |
| | V *STMT | |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

\* See attached statement for additional information.

### Part I — Information About the Corporation

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code
KEYA GRAVES, INC.
891 MAIN STREET
DARBY PA 19023

**C** IRS Center where corporation filed return
Kansas City, MO 64999-0013

**D** Corporation's total number of shares
Beginning of tax year ........ 300
End of tax year ........ 300

### Part II — Information About the Shareholder

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
891 MAIN STREET
DARBY PA 19023

**G** Current year allocation percentage ... 33.33333 %

**H** Shareholder's number of shares
Beginning of tax year ........ 100
End of tax year ........ 100

**I** Loans from shareholder
Beginning of tax year ... $
End of tax year ........ $

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   REV 02/17/23 TTBIZ   Schedule K-1 (Form 1120-S) 2022
BAA

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: KEYA GRAVES, INC. | | Corporation's EIN: ▓▓▓▓▓▓▓ | |
|---|---|---|---|
| Shareholder's name: ▓▓▓▓▓▓▓ | Shareholder's identifying no: ▓▓▓▓▓▓▓ | | |

| Shareholder's share of: | 1120S, Line 21 ☐ PTP ☐ Aggregated ☒ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 5,112. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | 42,575. | | |
| UBIA of qualified property | | | |
| Section 199A dividends | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | Shareholder's identifying no: | | |

| Shareholder's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Section 199A dividends | | | |

Form 1120S     199A Statement A Summary     2022

QuickZoom to Other Copy _____

Corporation's Name: KEYA GRAVES, INC.     Corporation's EIN: ▓▓▓▓▓▓▓▓▓

|  | 1120S, Line 21 <br> ☐ PTP <br> ☐ Aggregated <br> ☒ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB |
|---|---|---|---|

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) | 15,335. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | 127,724. | | |
| UBIA of qualified property | | | |
| Qualified REIT dividends | | | |

# 199A Worksheet by Activity

2022

► Keep for your records

Corporation's name: KEYA GRAVES, INC.

Corporation's EIN: [redacted]

QuickZoom to 199A Summary .... ► _____

Aggregation Code: ____

Trade or Business: 1120S, Line 21
EIN: [redacted]

Is this activity a qualified trade/business? ......... [X] Yes [ ] No
Specified Service Trade or Business? ......... [X] Yes [ ] No

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| 1a Ordinary business income (loss) | 1a | 15,335. | |
| b Adjustments | b | | |
| c Adjusted ordinary business income (loss) | | | 1c  15,335. |
| 2a Rental income (loss) | 2a | | |
| b Adjustments | b | | |
| c Adjusted rental income (loss) | | | 2c |
| 3a Royalty income (loss) | 3a | | |
| b Adjustments | b | | |
| c Adjusted royalty income (loss) | | | 3c |
| 4a Section 1231 gain (loss) | 4a | | |
| b Adjustments | b | | |
| c Adjusted section 1231 gain (loss) | | | 4c |
| 5 Other income (loss) | | | 5 |
| 6a Section 179 deduction | 6a | | |
| b Adjustments | b | | |
| c Adjusted section 179 deduction | | | 6c |
| 7 Other deductions | | | 7 |
| 8a W-2 wages | 8a | 127,724. | |
| b Adjustments | b | | |
| c Adjusted W-2 Wages | | | 8c  127,724. |
| 9a UBIA of qualified property | 9a | | |
| b Adjustments | b | | |
| c Adjusted UBIA of qualified property | | | 9c |



# Additional Information From 2022 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**

Continuation Statement

| Description | Amount |
|---|---:|
| BANK CHARGES | 9,060. |
| INSURANCE | 2,300. |
| LEGAL AND PROFESSIONAL | 13,878. |
| SUPPLIES | 18,393. |
| UTILITIES | 10,974. |
| CONTRACTED SERVICES | 65,616. |
| AUTO | 1,367. |
| **Total** | **121,588.** |