**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :    Br. No. 23-10152
DMD SERVICES, INC.        :
    Debtor.              :    Chapter 11

**O R D E R**

AND NOW, this  20th   day of  December , 2023, upon 20th December motion of DMD Services, Inc., as debtor-in-possession ("debtor"), for entry of an order pursuant to 11 U.S.C. Sec. 1125 for approval of the Disclosure Statement related to the Plan of Reorganization (the "plan"), and the motion requesting a date for filing Acceptances, Rejections or Objections to the Plan; and

It having been determined by the Court after hearing and notice on the motion that the Disclosure Statement contains adequate information in accordance with the requirements of 11 U.S.C. Sec. 1125 and that the proposed voting materials and procedures comply with the provisions of the Bankruptcy Code and Rules of Bankruptcy Procedure;    It is **ORDERED,** and Notice is hereby given, that:

1. The Disclosure Statement is hereby **APPROVED,**

2. The proposed voting procedures and proposed voting materials are hereby approved.

3. On or before December 29, 2023, the debtor shall transmit to all creditors, equity security holder(s) and other parties in interest, copies of the following: (1) the Plan of Reorganization; (2) the Disclosure Statement related to the Plan of Reorganization; (3) this Order; (4) a Ballot; and (5) a self-addressed envelope by which the Ballot may be returned to the debtor's counsel.

4. January 29, 2024, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Plan of Reorganization. Ballots shall be returned to:

> Timothy Zearfoss, Esquire
> 1601 Spring Garden Street Philadelphia, PA 19130
> Ph: (610)734-7001
> Fax: (484)462-3112
> E Mail: tzearfoss@aol.com

so as to be received on or before 5:00 PM on January 29, 2024. The debtor may receive completed ballots by mail, facsimile or e-mail. Ballots arriving after such time shall not be counted in the voting unless the Court otherwise orders.

5. In accordance with Bankruptcy Rule 3020(b)(1), January 29, 2024 is fixed as the date on or before which any written objection to confirmation to confirmation of the Plan is required to be filed with the Court and served upon counsel for the debtor.

6. The debtor shall file its report of Plan voting with the Clerk of the Bankruptcy Court on or before February 7, 2024.

7. The hearing on confirmation of the Plan shall be held on February 14, 2024, at 11:30 a.m. in the United States Bankruptcy Court, 900 Market Street, Courtroom No. 2, Philadelphia PA 19107

BY THE COURT:

_____
MAGDELINE D. COLEMAN

Chief Bankruptcy Judge