United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10152-mdc |
| DMD Services Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DMD Services Inc., 891 Main Street, Darby, PA 19023-2105 |
| 14782649 | + | COMMUNITY LOAN SERVICING, LLC, C/O Mark Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14749704 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 22 2023 00:11:00 | BAYVIEW LOAN SVCNG LLC, 4425 PONCE De LEON BLVD, Miami, FL 33146-1837 |
| 14779395 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 22 2023 00:12:00 | Community Loan Servicing LLC, c/o Todd S. Garan, 8880 Rio San Diego Drive, Ste 725, San Diego, CA 92108-1619 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARK A. CRONIN | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor DMD Services Inc. tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :  Br. No. 23-10152
DMD SERVICES, INC.              :
          Debtor.               :  Chapter 11
```

**O R D E R**

AND NOW, this  20th  day of  December , 2023, upon  20th December  motion of DMD Services, Inc., as debtor-in-possession ("debtor"), for entry of an order pursuant to 11 U.S.C. Sec. 1125 for approval of the Disclosure Statement related to the Plan of Reorganization (the "plan"), and the motion requesting a date for filing Acceptances, Rejections or Objections to the Plan; and

It having been determined by the Court after hearing and notice on the motion that the Disclosure Statement contains adequate information in accordance with the requirements of 11 U.S.C. Sec. 1125 and that the proposed voting materials and procedures comply with the provisions of the Bankruptcy Code and Rules of Bankruptcy Procedure;    It is **ORDERED**, and Notice is hereby given, that:

1. The Disclosure Statement is hereby **APPROVED,**

2. The proposed voting procedures and proposed voting materials are hereby approved.

3. On or before December 29, 2023, the debtor shall transmit to all creditors, equity security holder(s) and other parties in interest, copies of the following: (1) the Plan of Reorganization; (2)the Disclosure Statement related to the Plan of Reorganization; (3)this Order; (4) a Ballot; and (5)a self-addressed envelope by which the Ballot may be returned to the debtor's counsel.

4. January 29, 2024, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Plan of Reorganization. Ballots shall be returned to:

>   Timothy Zearfoss, Esquire
>   1601 Spring Garden Street Philadelphia,
>     PA 19130
>       Ph: (610)734-7001
>       Fax: (484)462-3112
>   E Mail: tzearfoss@aol.com

so as to be received on or before 5:00 PM on January 29, 2024. The debtor may receive completed ballots by mail, facsimile or e-mail. Ballots arriving after such time shall not be counted in the voting unless the Court otherwise orders.

5. In accordance with Bankruptcy Rule 3020(b)(1), January 29, 2024 is fixed as the date on or before which any written objection to confirmation to confirmation of the Plan is required to be filed with the Court and served upon counsel for the debtor.

6. The debtor shall file its report of Plan voting with the Clerk of the Bankruptcy Court on or before February 7, 2024.

7. The hearing on confirmation of the Plan shall be held on February 14, 2024, at 11:30 a.m. in the United States Bankruptcy Court, 900 Market Street, Courtroom No. 2, Philadelphia PA 19107

BY THE COURT:

_____
MAGDELINE D. COLEMAN

Chief Bankruptcy Judge