**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                              : BR NO. 23-10152
DMD SERVICES, INC                   :
        Debtor.                     : Chapter 13
```

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Amended Disclosure Statement and Amended Plan were served April 3, 2024 by First Class, U.S. Mail and/or e-filing upon all creditors entitled to vote for the plan and the US Trustee.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire