*Form 263* (3/24)–doc 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    DMD Services Inc.<br><br>    Debtor(s). | Case No. 23–10152–pmm<br><br>Chapter: 11 |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

This matter is reassigned to the calendar of the Honorable Patricia M. Mayer from the calendar of the Honorable Magdeline D. Coleman.

Date: May 16, 2024

For The Court

Timothy B. McGrath
Clerk of Court