**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **DMD Services Inc.,** | : | |
| | : | **Case No.  23-10152 (PMM)** |
| **Debtor.** | : | |

# O R D E R

**AND NOW,** the Court having approved the Debtor's first amended Disclosure

Statement (docs. #  71, 77), the Debtor having filed its second amended disclosure statement and

proposed second amended plan of reorganization (doc. # 88), and the Debtor's case having been

transferred on Thursday, May 16, 2024 (doc. # 95), it is hereby **ORDERED** that:

1. A Status Conference is **SCHEDULED** for **Wednesday, June 12, 2024 at 9:30 a.m.**

   **EST** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Building,

   Courtroom 1, 900 Market Street, Philadelphia, PA 19107; and

2. A hearing on confirmation of the Debtor's second amended plan of reorganization is

   **continued** and **SCHEDULED** for **Wednesday, July 24, 2024 at 9:30 a.m. EST** in

   the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Building,

   Courtroom 1, 900 Market Street, Philadelphia, PA 19107.

**Date:  May 16, 2024**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**