United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10152-pmm |
| DMD Services Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DMD Services Inc., 891 Main Street, Darby, PA 19023-2105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 19, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| TIMOTHY ZEARFOSS | on behalf of Debtor DMD Services Inc. tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **DMD Services Inc.,** | : | |
| | : | **Case No. 23-10152 (PMM)** |
| **Debtor.** | : | |

# O R D E R

**AND NOW,** the Court having approved the Debtor's first amended Disclosure Statement (docs. # 71, 77), the Debtor having filed its second amended disclosure statement and proposed second amended plan of reorganization (doc. # 88), and the Debtor's case having been transferred on Thursday, May 16, 2024 (doc. # 95), it is hereby **ORDERED** that:

1. A Status Conference is **SCHEDULED** for **Wednesday, June 12, 2024 at 9:30 a.m. EST** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Building, Courtroom 1, 900 Market Street, Philadelphia, PA 19107; and

2. A hearing on confirmation of the Debtor's second amended plan of reorganization is **continued** and **SCHEDULED** for **Wednesday, July 24, 2024 at 9:30 a.m. EST** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Building, Courtroom 1, 900 Market Street, Philadelphia, PA 19107.

Date: May 16, 2024

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**