**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 23-10152
DMD SERVICES, INC               :
      Debtor.                   : Chapter 11
```

**PRAECIPE TO WITHDRAW MOTION**

TO THE CLERK:

Kindly withdraw Motion to Approve and Enforce Plan Stipulation and Notice of Motion (Docket Nos. 104 and 105), filed with the court July 1, 2024.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire
Attorney for Debtor