**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                            : BR NO. 23-10152
DMD SERVICES, INC                 :
        Debtor.                   : Chapter 11
```

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the document filed at Docket No. 110, filed with the court July 13, 2024.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire
Attorney for Debtor