IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :   Br. No. 23-10152
DMD SERVICES, INC.              :
      Debtor.                   :   Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

DMD Services, Inc. filed a second amended plan of reorganization on April 3, 2024 (the "Plan"). The Court has approved the Disclosure Statement (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have the Disclosure Statement, you may obtain a copy from: Timothy Zearfoss, Esquire, Unit G117, 1601 Spring Garden Street, Philadelphia, PA 19130 (Ph: 610-734-7001)(Email: TZEARFOSS@AOL.COM).

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Timothy Zearfoss, Esquire, Unit G117, 1601 Spring Garden Street, Phila. PA 19130, or by emmail to TZEARFOS@AOL.COM on or before May 6, 2024 @12:00 a.m., and such deadline is not extended, your vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it

will be binding on you whether or not you vote

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 3 claim against the debtor in the unpaid amount of $1000000.00.

(Check one box only)

(X) ACCEPTS THE PLAN    ( ) REJECTS THE PLAN

Dated: July 19, 2024

Name: Denise Carlon
Signature: Denise Carlon
Title: Attorney for *CLS
Address: KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
DCARLON@KMLLAWGROUP.COM
Attorneys for Community Loan Servicing