**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :  Br. No. 23-10152
DMD SERVICES, INC.                              :
     Debtor.                                   :  Chapter 11

### O R D E R

AND NOW, this _____ day of _____, 2024, upon consideration of the Plan of Reorganization ("the plan") proposed by DMD Services, Inc., as debtor-in-possession ("debtor"), filed November 25, 2023 and the amended plan filed April 3, 2024, and after hearing held on notice to all creditors and other parties in interest on July 24, 2024, and it being found that the requirements of 11 U.S.C. Sec. 1129(a) and (b) have been satisfied, it is

**ORDERED** that the plan as modified below, is **CONFIRMED.** The debtor has made the following modifications to the plan:

   4.1   <u>Class 1</u>: Administrative Claims. Each holder of a claim of this class will receive on or before the effective date of the plan, cash equal to the amount of the holder's claim. These claims specifically include the outstanding 2024 Darby Borough real estate taxes due.

   4.3   <u>Class 3</u>: Mortgage creditor's (CLS LLC) secured claim. The Stipulation between this creditor and the debtor, approved and entered as an Order of the Court on July 5, 2024 (Dkt.No.107), attached hereto and incorporated herein, fully provides for this creditor's treatment under the plan. In the event of a conflict between a provision of the plan as to the treatment of this creditor's secured claim and the Stipulation, the Stipulation shall control.

BY THE COURT:

_____
J.