United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10152-pmm |
| DMD Services Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DMD Services Inc., 891 Main Street, Darby, PA 19023-2105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 26, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: pdf900 | Total Noticed: 3 |

TIMOTHY ZEARFOSS
    on behalf of Debtor DMD Services Inc. tzearfoss@aol.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :   Br. No. 23-10152
DMD SERVICES, INC.              :
        Debtor.                 :   Chapter 11
```

**O R D E R**

AND NOW, this 24th day of July, 2024, upon consideration of the Plan of Reorganization ("the plan") proposed by DMD Services, Inc., as debtor-in-possession ("debtor"), filed November 25, 2023 and the amended plan filed April 3, 2024, and after hearing held on notice to all creditors and other parties in interest on July 24, 2024, and it being found that the requirements of 11 U.S.C. Sec. 1129(a) and (b) have been satisfied, it is

**ORDERED** that the plan as modified below, is **CONFIRMED**.

The debtor has made the following modifications to the plan:

4.1    Class 1: Administrative Claims. Each holder of a claim of this class will receive on or before the effective date of the plan, cash equal to the amount of the holder's claim. These claims specifically include the outstanding 2024 Darby Borough real estate taxes due.

4.3    Class 3: Mortgage creditor's (CLS LLC) secured claim. The Stipulation between this creditor and the debtor, approved and entered as an Order of the Court on July 5, 2024 (Dkt.No.107), attached hereto and incorporated herein, fully provides for this creditor's treatment under the plan. In the event of a conflict between a provision of the plan as to the treatment of this creditor's secured claim and the Stipulation, the Stipulation shall control.

BY THE COURT:

*Patricia M. Mayer*
_____ J.