**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                           : BR NO. 23-10152
DMD SERVICES INC.                :
        Debtor.                  : Chapter 11
```

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE BANKRUPTCY CLERK:

Kindly withdraw the document filed 10/1/24 at Docket Entry No. 123 in the above-captioned matter.

Date: 10/1/24                         /s/Timothy Zearfoss
                                      Timothy Zearfoss, Esquire
                                      Unit G117
                                      1601 Spring Garden St.
                                      Phila. PA 19130
                                      (610)734-7001