**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Br. No. 23-10152 |
| DMD SERVICES, INC. | : | |
| Debtor. | : | Chapter 11 |

**O R D E R**

AND NOW, this 9th day of October, 2024, upon motion of DMD Services, Inc., as debtor-in-possession ("debtor"), for Entry of a Final Decree, it is hereby

**ORDERED** that a Final Decree is entered in the above matter and the case is closed.

BY THE COURT:

_Patricia M. Mayer_
_____ J.